IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

In the Matter of the Complaint of    *
Magnolia Marine Transport Company,   *
as Owner and Operator of the M/V     *
DENNIS ROSS, her engines, tackle,    *    No. 1-04-1206-T
etc. for Exoneration from or         *
Limitation of Liability.             *

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

Came the parties and stated to the Court through their counsel that the matters and things in controversy had been amicably settled and that the parties are in agreement that the Plaintiffs' action should be dismissed with prejudice, with the parties to bear their own costs.

WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' action be, and it is hereby, dismissed with prejudice to the refiling of same in any form, and the parties shall bear their own costs.

Entered this the 20th day of December 2005.

James D. Todd
United States District Judge

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___12-28-05___

34

Agreed to by:

_____
Gregory W. O'Neal, #15860
Attorney for Petitioner

_____
Charles M. Agee, Jr.
Attorney for Claimants

F:\Data\Magnolia Marine\Limita-Pldgs\Con-Ord-Dis.Fed.wpd

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 1:04-CV-01206 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Charles M. Agee
AGEE LAW FIRM
115 Mills Avenue
P.O. Box 280
Dyersburg, TN 38025--028

Bill Striebeck
LAW OFFICES OF BILL STRIEBECK
P.O. Box 519
Greenville, MS 38702--051

Gregory W. O'Neal
BRATTON & O'NEAL
675 Oakleaf Office Ln.
Ste. 200
Memphis, TN 38117

Honorable James Todd
US DISTRICT COURT